MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; HOUSE OF CASH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRM HOSPITALITY LLC d/b/a LEGENDS SPORTS BAR & GRILL and JAMES MURPHY, individually, <br><br> Defendants. | Case No.: 2:20-cv-00309-APG-VCF <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT JAMES MURPHY'S MOTION TO DISMISS [ECF NO. 8]** <br><br> **(FIRST REQUEST)** <br><br> **ORDER** |

Plaintiffs, Broadcast Music, Inc. ("BMI"), Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc. (collectively, "Plaintiffs"), by and through their counsel, Armstrong Teasdale LLP, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline to respond to Defendant James Murphy's Motion to Dismiss (ECF No. 8), which was filed on March 4, 2020, by forty-five (45) days so that Plaintiffs' response would be due on May 4, 2020 (instead of the current deadline of March 18, 2020). Undersigned counsel spoke to Defendant James Murphy on March 18, 2020, regarding this extension request, and Mr. Murphy was in agreement to a 45 day extension. This is the first request to extend this particular deadline. A hearing is not presently scheduled for the Motion to Dismiss.

1

Good cause exists to extend Plaintiffs' deadline to respond to the Motion to Dismiss by 45 days, or to May 4, 2020.  In light of the present COVID-19 pandemic along with the recent orders in various jurisdictions, including Nevada, requiring the closure of non-essential businesses, Plaintiffs believe that additional time is needed to adequately respond to Mr. Murphy's Motion to Dismiss as well as to provide the parties additional time to potentially discuss settlement and reasonable accommodations under the circumstances.  Defendant TRM Hospitality LLC dba Legends Sports Bar & Grill is a gaming bar and restaurant in Clark County, Nevada, and Plaintiffs understand that the establishment, as a non-essential business, is subject to closure under the Governor Sisolak's March 17, 2020, order.  This request for a 45 day extension to respond to the Motion to Dismiss is made in good faith and is not intended to unreasonably delay this matter.  In particular, this case was only recently filed on February 13, 2020, and no scheduling order has been issued.

On March 18, 2020, undersigned counsel spoke with James Murphy via telephone to discuss the closure of his business under Governor Sisolak's order and this extension request.  Mr. Murphy was in agreement with Plaintiffs seeking this 45 day extension.

Based on the foregoing, Plaintiffs respectfully request that this Court extend the deadline to respond to the Motion to Dismiss by 45 days, or to May 4, 2020.

DATED this 18th day of March, 2020.    ARMSTRONG TEASDALE LLP

By: /s/ *Michelle D. Alarie*
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 19, 2020.