MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; HOUSE OF CASH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRM HOSPITALITY LLC d/b/a LEGENDS SPORTS BAR & GRILL and JAMES MURPHY, individually,<br><br>Defendants. | Case No.: 2:20-cv-00309-APG-VCF<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT JAMES MURPHY'S MOTION TO DISMISS [ECF NO. 8]**<br><br>**(SECOND REQUEST)**<br><br>**ORDER** |

Plaintiffs, Broadcast Music, Inc. ("BMI"), Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc. (collectively, "Plaintiffs"), by and through their counsel, Armstrong Teasdale LLP, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline to respond to Defendant James Murphy's Motion to Dismiss (ECF No. 8), which was filed on March 4, 2020, by an additional thirty (30) days so that Plaintiffs' response would be due on June 3, 2020 (instead of the current deadline of May 4, 2020). Undersigned counsel communicated with Defendant James Murphy via email on April 27, 2020, regarding this extension request, and Mr. Murphy was in

1

agreement to a 30 day extension. This is the second request to extend this particular deadline. A hearing is not presently scheduled for the Motion to Dismiss.

Good cause exists to extend the deadline for Plaintiffs to respond to the Motion to Dismiss by an additional 30 days, or to June 3, 2020. In light of the present COVID-19 pandemic, the Declaration of Emergency Directive issued by Governor Sisolak requiring the closure of non-essential businesses, which includes Defendant TRM Hospitality LLC dba Legends Sports Bar & Grill ("Legends") as it is a gaming bar and restaurant in Clark County, Nevada, as well as the other stay-at-home and business closures orders issued in various jurisdictions across the county, additional time is needed for Plaintiffs to adequately respond to Mr. Murphy's Motion to Dismiss as it contains numerous disputed factual assertions. Also, the additional time will allow the parties to potentially discuss settlement and reasonable accommodations under these ever evolving circumstances. Plaintiffs understand that Legends, as both a gaming and non-essential business, is closed under the Governor Sisolak's March 17, 2020, Emergency Directive. This request for a 30 day extension to respond to the Motion to Dismiss is made in good faith and is not intended to unreasonably delay this matter. In particular, this case was recently filed on February 13, 2020, and per the Scheduling Order, which was just entered, discovery does not close until the end of November 2020 (ECF No. 13).

On April 27, 2020, undersigned counsel communicated with Plaintiff James Murphy via email to discuss this extension request. Mr. Murphy was in agreement with Plaintiffs seeking this 30 day extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, Plaintiffs respectfully request that this Court extend their deadline to respond to the Motion to Dismiss by 30 days, or to June 3, 2020.

DATED this 28th day of April, 2020.    ARMSTRONG TEASDALE LLP

By: /s/ *Michelle D. Alarie*
  MICHELLE D. ALARIE, ESQ.
  Nevada Bar No. 11894
  3770 Howard Hughes Parkway, Suite 200
  Las Vegas, Nevada 89169

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2020.

3