MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; HOUSE OF CASH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRM HOSPITALITY LLC d/b/a LEGENDS SPORTS BAR & GRILL and JAMES MURPHY, individually,<br><br>Defendants. | Case No.: 2:20-cv-00309-APG-VCF<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT JAMES MURPHY'S MOTION TO DISMISS [ECF NO. 8]**<br><br>**(FIFTH REQUEST)** |

Plaintiffs, Broadcast Music, Inc. ("BMI"), Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc. (collectively, "Plaintiffs"), by and through their counsel, Armstrong Teasdale LLP, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline to respond to Defendant James Murphy's Motion to Dismiss (ECF No. 8), which was filed on March 4, 2020, by an additional forty-five (45) days so that Plaintiffs' response would be due on September 21, 2020, instead of the current deadline of August 5, 2020.  Undersigned counsel communicated with Defendant James Murphy via email on July 30, 2020, August 2, 2020, and August 3, 2020, regarding this extension request, and Mr. Murphy was in agreement to a 45 day extension.  This is the fifth

1

request to extend this particular deadline. A hearing is not presently scheduled for the Motion to Dismiss.

Good cause exists to extend the deadline for Plaintiffs to respond to the Motion to Dismiss by an additional 45 days, or to September 21, 2020. In light of the present COVID-19 pandemic prompting the issuance of numerous Emergency Directives requiring the closure of bars in Nevada, which includes Defendant TRM Hospitality LLC dba Legends Sports Bar & Grill ("Legends") as it is a gaming bar and restaurant in Clark County, Nevada, as well as other issues that are purportedly interfering with Legends ability to re-open, Plaintiffs believe that additional time is appropriate to allow Defendants operations to resume before requiring Mr. Murphy, who is currently proceeding in proper person, to actively participate in this litigation. Furthermore, the parties are earnestly discussing settlement and Plaintiffs anticipate that a full settlement of this action may be forthcoming. As such, the additional time will allow the parties to settle this action, which will eliminate the need for Plaintiffs to respond to the pending Motion to Dismiss. This request for an additional 45 day extension to respond to the Motion to Dismiss is made in good faith and is not intended to unreasonably delay this matter. In particular, this case was only filed on February 13, 2020, and per the Scheduling Order, discovery does not close until the end of November 2020 (ECF No. 13).

On July 30, 2020, August 2, 2020, and August 3, 2020, undersigned counsel communicated with Plaintiff James Murphy via email regarding this extension request. Mr. Murphy was in agreement with Plaintiffs seeking this 45 day extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, Plaintiffs respectfully request that this Court extend their deadline to respond to the Motion to Dismiss by 45 days, or to September 21, 2020.

DATED this 4th day of August, 2020.    ARMSTRONG TEASDALE LLP

By: /s/ *Michelle D. Alarie*
   MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
   3770 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: August 4, 2020

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document was served:

☐    via electronic service to the address(es) shown below:

☒    via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

> James Murphy
> 1119 Pinto Horse Avenue
> Henderson, NV 89052
> Jhm13@cox.net
> Defendant in Proper Person

Date: August 4, 2020              */s/Simone Ruffin*
                                  An employee of Armstrong Teasdale LLP

4