MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

*Attorneys for Plaintiffs Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; HOUSE OF CASH, INC.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>TRM HOSPITALITY LLC d/b/a LEGENDS SPORTS BAR & GRILL and JAMES MURPHY, individually,<br><br>            Defendants. | Case No.: 2:20-cv-00309-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Broadcast Music, Inc., Cotillion Music, Inc., Terry Stafford Music Co., Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing, Sony/ATV Songs LLC, and House of Cash, Inc. (collectively, "Plaintiffs"), by and through their counsel, Armstrong Teasdale LLP, and Defendant James Murphy, proceeding in proper person, to settle and resolve all claims asserted in the above-referenced action, which has been memorialized in a written agreement by and between Plaintiffs, James Murphy, and his company Defendant TRM Hospitality LLC dba Legends Sports Bar & Grill, and therefore, the parties agree that all claims asserted by Plaintiffs against each and every named Defendant in the above-referenced action may be

1

dismissed with prejudice by order of this Court. Each party will bear its own attorney fees and costs in this matter.

Dated this 21st day of September, 2020.

ARMSTRONG TEASDALE LLP

By:/s/*Michelle D. Alarie*
   MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
   3770 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
   Telephone: 702.678.5070
   Facsimile:  702.878.9995
   malarie@atllp.com

*Attorneys for Plaintiffs*

Dated this 21st day of September, 2020.

JAMES MURPHY

By:/s/*James Murphy*
   1119 Pinto Horse Avenue
   Henderson, NV 89052
   Telephone:  702.378.1925
   Jhm13@cox.net

*Defendant, in proper person*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE:   Septermber 21, 2020

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document was served:

☐ via electronic service to the address(es) shown below:


☒ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

    James Murphy
    1119 Pinto Horse Avenue
    Henderson, NV 89052
    Jhm13@cox.net
    Defendant in Proper Person


Date: September 21, 2020        /s/Simone Ruffin
                                         An employee of Armstrong Teasdale LLP